FILED
JUL 07 2014
7-7-14
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court for the Northren District of Illinois

United States vs. Roy Fluker III

Case No. 13-CV-07643

Judge Gary Feinerman

Motion for the courts to review and investigate a threatening voicemail left by Prosecution's witness.

The petitioner Roy Fluker III respectfully request for the courts to review a threatening voicemail which was left by Melvin Norwood a lead witness for the prosecution. The petitioner would like for the court to recognize how this voicemail which was placed by Mr. Norwood was a threat to the petitioner and his family's life. This is a dangerous situation. In a day in time where there has been different killings and tragedies we must not ignore the sign which are displayed. Both trial counsel Atty Jason Bruce and post conviction counsel Atty John M. Beal were privy to the voicemail and no action took place. It is the duty of the officer to serve and protect the community, and the petitioner believes that this voicemail should be placed into record and then handed over to the appropriate authorities and department for proper review and investigation. The voicemail will show an impairment of Mr. Norwood, which will bring the legitamacy of the assault which was given. The voicemail will also show that there should have been an impeachment of the prosecutor's witness (Mr. Norwood) and Mr. Norwood should have never been able to testify. This voicemail should start a criminal investigation of

Mr. Norwood to the assault and which this voice mail was left, just months before the trial. The petitioner is fearful of Mr. Norwood carrying out the threats and the danger these threats cause of his family and the people around his family.

*[signature]*
6-30-2014

PO Box 8000
Bradford, PA 16701

I Roy Fluker II swear under penalty of perjury that I served a copy of the attached document on (219 S. Dearborn St. Chicago, IL 60604) by placing in the mail at McKean Correctional Center on 6-30-2014